IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )        Chapter 7
Tulsa N Property, LLC,                    )        Case No. 20-11767 (JTD)
                                          )
        Debtor.                           )

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON DECEMBER 22, 2020 AT 2:00 P.M.

NO MATTERS GOING FORWARD, HEARING CANCELED

RESOLVED MATTERS

1.      Application Of Chapter 7 Trustee To Retain David C. Cimo, Marilee A. Mark, And The
        Law Firm Of Cimo Mazer Mark PLLC As Special Litigation Counsel Effective As Of
        July 23, 2020 [Docket No. 28, Filed 11/30/20].

               Response Deadline:    December 15, 2020 at 4:00 p.m.

               Responses Received:  None.

               Related Documents:

                       A.      Certificate of No Objection [Docket No. 29, Filed 12/17/20].

                       B.      Order Approving Application Of Chapter 7 Trustee To Retain
                               David C. Cimo, Marilee A. Mark, And The Law Firm Of Cimo
                               Mazer Mark PLLC As Special Litigation Counsel Effective As Of
                               July 23, 2020 [Docket No. 30, Entered 12/18/20].

               Status:         The Order has been entered and the Hearing is canceled with the
                               Court's permission.

                                               LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                               */s/ Susan E. Kaufman*
                                               Susan E. Kaufman, (DSB# 3381)
                                               919 North Market Street, Suite 460
                                               Wilmington, DE 19801
                                               (302) 472-7420 / (302) 792-7420 Fax
                                               skaufman@skaufmanlaw.com

Dated: December 21, 2020              Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee